GEORGE BROWN et al., Respondents, v REINAUER TRANSPORTATION COMPANIES, LLC, et al., Appellants.

Submitted January 25, 2010; decided April 6, 2010

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

CHARLES CHRISTIANO et al., Appellants, v SOLOVIEFF REALTY Co., L.L.C., et al., Respondents, et al., Defendant. (And a Third-Party Action.)

Submitted February 1, 2010; decided April 6, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Paglia v Agrawal*, 69 NY2d 946 [1987]).